JEREMY J. SCHROEDER – SBN 223118
JASON W. SCHAFF – SBN 244285
NICOLE M. LOW – SBN 321429
**SCHROEDER SCHAFF & LOW, INC.**
2205 Plaza Drive, Suite 225
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile:  (916) 672-6602

Attorneys for defendant,
BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT

* * *

| | |
|---|---|
| MELISSA TERRILL, ANTHONY JOHNSON; ESTATE OF A.T, JR, <br><br> Plaintiffs, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, a Delaware corporation; BURLINGTON NORTHERN SANTA FE RAILWAY, an entity of unknown form; and, DOES 1-20, inclusive, <br><br> Defendants. | **CASE NO.** <br> *Kern Superior Court Case No. BCV-23-100684* <br> *Complaint filed: 3/6/23* <br> *Trial Date: N/A* <br><br> **DEFENDANT BNSF RAILWAY COMPANY'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTION 1332.** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT defendant, BNSF RAILWAY COMPANY, removes to this Court the state action described below.

1. On March 6, 2023, an action was commenced in the Superior Court of California in and for the County of Kern entitled *Melissa Terrill, et al. v. BNSF Railway Company,* Case No. BCV-23-100684. A true and correct copy of the Summons and Complaint filed in this action is attached as **Exhibit "A."**

2. BNSF Railway Company was served with a copy of the Complaint on March 20, 2023. Therefore, this Notice of Removal is filed within 30 days after receipt by BNSF Railway Company of a copy of the pleading setting forth the claim for relief upon which

1 | this action is based.

2 |     3.    This action is a civil action of which this Court has original jurisdiction
3 | under 28 U.S.C. § 1332. The plaintiffs are, based on information and belief, residents of
4 | California. Defendant, BNSF Railway Company is a Delaware corporation, with its
5 | principal place of business in Fort Worth, Texas. Based on information and belief, the
6 | amount in controversy exceeds $75,000.

7 |     5.    Venue is appropriate in this Court because the action was removed from
8 | Kern County Superior Court. 28 U.S.C. § 1446(a).

9 |     6.    The only other defendant named is Burlington Northern Santa Fe Railway.
10 | Burlington Norther Santa Fe Railway is not known to exist as an entity and appears to
11 | be a reference to the previous name of BNSF Railway Company—Burlington Northern
12 | and Sante Fe Railway.

13 |     7.    A copy of the Notice to Adverse Party of Removal to Federal Court that will
14 | be filed with the Superior Court of California, County of Kern, is attached as **Exhibit**
15 | **"B."**

16 |     8.    BNSF Railway Company requests a jury trial.

17 | Defendant prays that this action be removed to this Court.

18 | DATED: April 19, 2023        **SCHROEDER SCHAFF & LOW. INC.**

19 |                                 */s/ Jason W. Schaff*
20 |                         By _____
21 |                             JEREMY J. SCHROEDER
22 |                             JASON W. SCHAFF
                            Attorneys for defendant,
                            BNSF RAILWAY COMPANY