UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA TERRILL, et al., | No.  1:23-cv-00611-ADA-CDB |
| Plaintiffs, | |
| v. | ORDER REASSIGNING CASE |
| BNSF RAILWAY CO., | |
| Defendant. | **NEW CASE NO.: 1:23-cv-00611-CDB** |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (ECF Nos. 9, 19.)

Accordingly, this Court reassigns the action to United States Magistrate Judge Christopher D. Baker for all further proceedings.  All future papers filed in this action shall bear the new case number:

**1:23-cv-00611-CDB**

IT IS SO ORDERED.

Dated:   October 5, 2023                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE

1